# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| | | | |
|---|---|---|---|
| Before the Honorable John F. Robbenhaar | | | |
| Initial Appearance/Preliminary/Detention Hearing - VSR | | | |
| Case Number: | 13-CR-1152 WJ | UNITED STATES vs. Elyicio Jr. | |
| Hearing Date: | 3/15/2022 | Time In and Out: | 1:31 p.m./1:42 p.m. 1:49 p.m./1:55 p.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Hondo via Zoom |
| Defendant: | Sam Elyicio, Jr. | Defendant's Counsel: | Wayne Baker |
| AUSA: | Robert Goldaris | Pretrial/Probation: | Nathan Montano |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant currently has Court appointed counsel
- [ ] Government moves to detain
- [x] Government does not recommend detention
- [ ] Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- [ ] Defendant
- [ ] Court finds probable cause
- [ ] Court does not find probable cause

## Detention

- [ ] Defendant
- [ ]

## Custody Status

- [ ] Defendant
- [x] Conditions of release previously imposed remain in effect

## Other

- [x] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- [x] Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- [x] Matter referred to District Judge for Final Revocation Hearing
- [x] Defendant must go to the United States Marshal's Service to be processed.