# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jennifer M. Rozzoni

Initial Appearance (Revocation)

| | | | |
|---|---|---|---|
| Case Number: | 13-1152 WJ | UNITED STATES vs. Eylicio Jr. | |
| Hearing Date: | 4/13/2023 | Time In and Out: | 10:22 am-10:25 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Same Elyicio Jr. | Defendant's Counsel: | Aric Elsenheimer for Initial Only |
| AUSA: | Peter Haynes | Pretrial/Probation: | Charlotte Cde Baca |
| Interpreter: | | Witness: | |

## Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant currently has Court appointed counsel
- [x] Government moves to detain        [ ] Government does not recommend detention
- [x] Set for Preliminary Revocation/Detention Hearing    on Monday, April 17, 2023    @ 9:30 am

## Preliminary/Show Cause/Identity

- [ ] Defendant
- [ ] Court finds        [ ] Court does not find probable cause

## Detention

- [ ] Defendant waives right to contest detention
- [ ]

## Custody Status

- [x] Defendant remanded to the custody of United States Marshal's Service
- [ ] Conditions

## Other

- [ ] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- [ ] Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- [ ] Matter referred to _____ for Final Revocation Hearing
- [ ]