AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1:13CR01152-004WJ |
| Sam Elyicio Jr | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Sam Elyicio Jr

Also Known As: EYlicio Jr., Sam
Also Known As: Elyicio, Sam
Also Known As: Eylicio, Sammy

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows: The defendant failed to complete various inpatient treatment centers.

Date: 4/10/2023

*Issuing Officer's signature*

City and state: ALBUQUERQUE, NEW MEXICO     MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on ( date ) 4/10/2023, and the person was arrested on ( date ) 4/13/2023 at ( city and state ) Albuquerque, NM.

Date: 4/13/2023

*Arresting officer's signature*

RENE LUNA / DUSM #31858

*Printed name and title*