# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Show Cause/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 13-CR-1152 WJ | UNITED STATES vs. Elyicio Jr. | |
| Hearing Date: | 4/17/2023 | Time In and Out: | 9:33 a.m./9:38 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Sam Elyicio Jr. | Defendant's Counsel: | Wayne Baker |
| AUSA: | Nora Wilson | Pretrial/Probation: | Nathan Montano |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☐ Defense counsel reviewed the charging document with defendant; a copy will be provided to him through the facility.
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant would like Court appointed counsel
- ☐ Government moves to detain        ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Show Cause Hearing
- ☒ Court finds defendant violated conditions of release        ☐ Court does not find probable cause

### Detention

- ☒ Defendant waives right to contest detention
- ☐

### Custody Status

- ☒ Defendant detained pending hearing
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☐