(Rev. 10/2021) Waiver of Right to Contest Detention

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 17 2023

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF RIGHT TO CONTEST DETENTION** |
| vs. | (Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142) |
| SAM ELYICIO | CASE NUMBER: 13-cr-1152 (WJ) |

I, <u>Sam Elyicio</u>, charged in a petition with <u>Violating Terms of Supervised Release, in violation of Title 18, U.S.C., Section 3583</u>, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

_____
Defendant

April 17, 2023                                   _Wayne Baker_
_____                          _____
Date                                             Counsel for Defendant