## VIOLATION OF SUPERVISION PROCEEDINGS MINUTE SHEET

| | | | | | |
|---|---|---|---|---|---|
| | Time In/Out: | **11:06am – 11:30am** | Court Time: | **24 minutes** | |
| | | Date: | **5/8/2023** | | |
| | Cr. No. | 13-1152 WJ | USA v. | Sam Elyicio | |
| | The Honorable | | **William P. Johnson** | | |

| Clerk/Law Clerk: | **Richard Garcia/None** | Court Reporter: | **M. Loughran** |
|---|---|---|---|
| Defendant: | **Present** | Defendant's Counsel: | **Wayne Baker** |
| AUSA: | **Nora Wilson** | Probation Officer: | **Nathan Montano** |
| VSR Held: | **Albuquerque, NM** | Interpreter: | **N/A** |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| X | **Court questions Defendant regarding voluntary nature of admission.** |
| X | **Court finds Defendant competent to proceed** |
| X | **Court advises Defendant of his/her rights** |
| X | **Court advises / confirms Defendant is aware of charges and possible penalty:** |
| | **Defendant ADMITS violation(s): failed to refrain from unlawful use of a controlled substance; failed to refrain from use of and possession of alcohol; failed to submit to substance abuse testing; failed to report as directed by Probation; failed to live in a place approved by Probation.** |
| X | **Proceed to sentencing** |
| | Violation Report WAIVED / NOT WAIVED |
| | Other: |

## SENTENCE IMPOSED

| Supervision imposed: | | Imprisonment: | 12 months and 1 day | Supervised Release: | None |
|---|---|---|---|---|---|

## SPECIAL CONDITIONS

| |
|---|
| |

## OTHER

| | |
|---|---|
| X | **ADVISED OF** Appeal Rights |
| X | **HELD IN CUSTODY** |
| X | Recommended place of incarceration:   The Court recommends designation to protective custody. |

| NOTES: | PO addresses the Court re Defendant's circumstances; recommends 10 months custody and 24 months of continued supervised release.<br>Ms. Wilson addresses the Court; concurs with PO's recommendation.<br>Mr. Baker addresses the Court on behalf of his client; requests a term at the high end of the guidelines with no further term of supervision.<br>Defendant addresses the Court.<br>The Court notes continued supervision will not set him up for success; Court will not impose another term of supervision. |
|---|---|